SHEPHERD *v.* THE STATE.

LITTLE, J. The evidence fully sustains the verdict rendered, and there was no error in the charges or rulings made by the court, of which complaint is made.

*Judgment affirmed. Fish and Lewis, JJ., concurred. The other three Justices were absent.*

Submitted January 16, — Decided January 13, 1899.

Indictment for voluntary manslaughter. Before Judge Littlejohn. Stewart superior court. November 14, 1898.

*B. F. Harrell & Son,* for plaintiff in error.

*F. A. Hooper, solicitor-general,* contra.

---

GIVENS *v.* THE STATE.

FISH, J. Where upon the trial, in October, 1898, under a presentment found in September, 1897, of one charged with carrying a concealed weapon, it did not appear when the offense was committed, otherwise than " on the night of the ninth of August," a verdict of guilty was contrary to law and the evidence, and a refusal to grant a new trial was erroneous.

*Judgment reversed. Little and Lewis, JJ., concurred. The other three Justices were absent.*

Argued January 16, — Decided January 13, 1899.

Indictment for carrying a concealed weapon. Before Judge Winn. City court of Gwinnett. November 14, 1898.

*R. W. Peeples,* for plaintiff in error.

*F. F. Juhan, solicitor,* contra.